UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - WEST DIVISION

Tracy E Johnson
    Plaintiff,

vs

Larry Williams
    Defendant

Case# 3:23-cv-50425

Honorable Rebecca R Pallmeyer

FILED
JAN 28 2025 BT
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## Notice of Status

This is a notice of status in the above captioned case. last month in this same matter a telephone call was had between Tracy E Johnson and counsel for the defense. certain items of Discovery was discussed and was supposed to be received by now from the defense but it has yet to happen in all of this Time. a monetary settlement was briefly discussed and denied by the defense, yet no counter offer was made at that time. These are the only events that has happened since the last court hearing. Seeings how this case is going to be resolved with a monetary settlement I encourage the defense to at least open the gates towards a agreeable monetary settlement solution

UNITED STATES DISTRICT COURT NORTHERN DISTRICT
OF ILLINOIS WESTERN DIVISION

Tracy E Johnson
plaintiff

vs

Tarry Williams
defendant

Case No 3:23-cv-50425
Honorable Rebecca R Pallmeyer

## Proof/Certificate of Service

To: office of Clerk of The U.S.
District Court United States
Courthouse 219 South Dearborn St
chicago, Illinois 60604

please Take notice That on Tuesday January 21, 2025 I have placed The documents listed below In The Institutional mail at Dixon Correctional Center, properly addressed To The parties listed above for mailing Through The united states postal service: Notice of status

pursuant To 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare under penalty of perjury, That I am The named party In The above action, That I have read The above documents, and That The Information contained Therein Is True and correct To The best of my knowledge.

Date: 1-21-25

Tracy E Johnson #N-62327
Dixon Correctional Center
2600 north Brinton Ave
Dixon Illinois 61021

Tracy E Johnson #N-62327
Dixon Correctional Facility
Special Treatment Center
2600 north Brinton Ave
Dixon, Illinois 61021

THIS CORRESPONDENCE IS FROM AN INDIVIDUAL IN CUSTODY OF THE ILLINOIS DEPT OF CORRECTIONS

CAROL STREAM IL 601
24 JAN 2025 PM 4 L

US POSTAGE PITNEY BOWES
ZIP 61021
02 7W
$000.69⁰
0008028279 JAN 22 2025

RECEIVED
JAN 28 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT C

Office of The Clerk of The US District Court
United States Courthouse
219 South DearBorn Street
Chicago, Illinois 60604

LEGAL MAIL

60604-189423

